UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erick Alexander Abzun Villafuerte,<br><br>                    Petitioner,<br><br>       -against-<br><br>Kenneth Genalo et al.,<br><br>                    Respondents. | 26-CV-738 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court orders petitioner's release within 24 hours. Petitioner was allegedly detained pursuant to 8 U.S.C. § 1225(b)(2) and has argued that his detention should have instead been under 8 U.S.C. § 1226(a). The government has conceded that the Court's prior decision in *J.G.O. v. Francis* would govern the outcome of this petition. 2025 WL 3040132 (Oct. 28, 2025). Consistent with that decision, the Court finds that petitioner is detained pursuant to § 1226(a), not § 1225(b)(2). The documentation accompanying petitioner's detention indicates that he was detained without any evidence of discretion or adherence to the procedures required by regulation on a § 1226(a) detainment. Dkts. 6-1, 6-2. The government has not contested the remedy of release in this case, and so the Court orders petitioner's release. The government should file a letter within one day after petitioner's release, confirming its compliance with this order.

      SO ORDERED.

Dated: February 2, 2026
       New York, New York

                                                               ARUN SUBRAMANIAN
                                                              United States District Judge