UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erick Alexander Abzun Villafuerte,

Petitioner,

-against-

Kenneth Genalo et al.,

Respondents.

26-CV-738 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: February 5, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge