**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Erick Alexander Abzun Villafuerte,

                             Petitioner,                 26 **CIVIL** 738 (AS)

          -against-                             **JUDGMENT**

Kenneth Genalo et al.,

                             Respondents.
-------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Order dated February 2, 2026 and February 5, 2026, Petitioner's

Habeas petition is GRANTED; accordingly, the case is closed.


**DATED:** New York, New York
               February 6, 2026



                                  TAMMI M. HELLWIG
                                  _____
                                     Clerk of Court

                     BY: _____
                                      Deputy Clerk